CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 27 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 7:04cr00072-4 |
| v. | **2255 MEMORANDUM OPINION** |
| OTIS ANTONIO SMITH. | By: Samuel G. Wilson<br>United States District Judge |

Petitioner, Otis Antonio Smith, a federal inmate proceeding with counsel, filed a motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255, challenging his 2005 drug conviction and sentence. Upon review of the record, the court finds that Smith's instant § 2255 motion must be dismissed as successive.

I.

Smith challenges his 262-month sentence for conspiring to possess with intent to distribute 50 grams or more of cocaine base. Court records indicate that Smith previously filed two § 2255 motions regarding the same conviction and sentence which this court denied. See Civil Action Nos. 7:06cv391 (dismissed on its merits) and 7:06cv498 (dismissed without prejudice). This court may consider a second or successive § 2255 motion only upon specific certification from the United States Court of Appeals for the Fourth Circuit that the claims in the motion meet certain criteria. See § 2255(h). As neither Smith nor his counsel have submitted any evidence of having obtained certification from the Court of Appeals to file a second or successive §2255 motion, the court must dismiss his petition as successive.[1]

---

[1] Petitioner is hereby advised of the procedure for obtaining certification from the United States Court of Appeals for the Fourth Circuit to have this court review a successive § 2255 motion. Petitioner must submit a copy of the successive § 2255 motion to the Court of Appeals, along with a motion requesting a three-judge panel certification that the district court may review the successive § 2255 motion. See 28 U.S.C. § 2244 (as amended, 1996). A Fourth Circuit form and instructions for filing this motion will be included with this notice or are available from the Fourth Circuit at the following address: Office of the Clerk, United States Court of Appeals for the Fourth Circuit, 900 E. Main St., Richmond, VA 23219.

## II.

For the reasons stated, the court dismisses Smith's motion as a successive § 2255 motion.

The Clerk is directed to send copies of this Memorandum Opinion and the accompanying Order to the parties.

**ENTER**: This 26th day of October, 2011.

_____
United States District Judge